COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JANIE HEGGINS and ALL OCCUPANTS, | § | No. 08-08-00130-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. Four |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | § | of Dallas County, Texas |
| | § | (TC#08-01350-D) |
| Appellee. | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination as to whether the appeal should be dismissed for want of prosecution. On March 7, 2008, Appellants filed their notice of appeal. By correspondence dated March 12, 2008, the Clerk of the Fifth Court of Appeals informed Appellants that the filing fee was to be remitted within ten days, and that failure to do so could result in dismissal of the appeal. On April 9, 2008, the Clerk of the Fifth Court of Appeals informed the parties that the appeal had been transferred by the Texas Supreme Court to this Court pursuant to TEX. GOV'T CODE ANN. § 73.001. By correspondence dated April 14, 2008, the Clerk of this Court again informed Appellants that the requisite filing fee had not been paid and warned of possible dismissal. On May 16, 2008, Appellants were warned again that no filing fee had been paid and that failure to do so within twenty days could result in dismissal. No payment was made by Appellants, and this Court has received no response of any kind from Appellants. Therefore, pursuant to Texas Rules of Appellate Procedure 5 and 42.3, this appeal is dismissed with prejudice.

KENNETH R. CARR, Justice

July 31, 2008

Before Chew, C.J., McClure, and Carr, JJ.